

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 9, 2015

Zachary Gibson
Assistant Criminal District Attorney
Paul Elizondo Tower
101 W. Nueva Street
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Michael Stephen Raign
1633 Babcock Rd. #289
San Antonio, TX 78229
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:    04-15-00500-CV and 04-15-00505-CV
     Trial Court Case Number:    2015-MH-2596 and 2015-MH-2544
     Style:  In the Best Interest and Protection of S.W.


Dear Counsel:

The above cause has been set for formal submission ON BRIEFS ONLY before this Court on December 30, 2015, before a panel consisting of Justice Barnard, Justice Martinez, and Justice Chapa.

Very truly yours,
KEITH E. HOTTLE, CLERK

Rosa Gonzalez
Deputy Clerk, Ext. 53855